624

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHANIEL HENDRY, Appellant.— Motion by appellant for enlargement of time to perfect his appeal, granted; time enlarged to the February Term, commencing January 30, 1961. The appeal is ordered on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NANCY CLARE SMITH, Appellant.— On the call of the calendar, oral motion by appellant to enlarge the time to perfect her appeal, granted; time enlarged to the January Term, beginning January 3, 1961. The appeal is ordered on the calendar for said term. The appeal will be heard on the original papers and on appellant's typewritten brief. The appellant is directed to file six copies of her typewritten brief and to serve one copy on the District Attorney. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW TERRELL, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief. Appellant is directed to file six copies of his typed brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the March Term, commencing February 27, 1961; the appeal is ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying without a hearing appellant's *coram nobis* application. It appears that defendant either has in his possession a copy of the original papers to be used in the consideration of this appeal or that he has full knowledge of the contents of such papers. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ DAVID SEDRISH et al., Appellants, v. NATHAN COOPERSTEIN et al., Respondents.— In an action based on an alleged breach of contract, plaintiffs, as assignees under the contract, appeal: (1) from an order of the Supreme Court, Queens County, dated May 19, 1959, dismissing their complaint on the ground that it does not state facts sufficient to constitute a cause of action (Rules Civ. Prac., rule 106, subd. 4); and (2) from the judgment of said court, entered May 25, 1959, upon said order. Order and judgment affirmed, with one bill of $10 costs and disbursements. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ RUTH SOWELLS et al., Appellants, v. THOMAS J. O'NEILL et al., Copartners Practicing Law under the Name of O'NEILL & DANZIGER, et al., Respondents.— Motions by respondents to dismiss appeals granted, and appeals dismissed, with $10 costs on each appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ STERN JUVENILE FURNITURE Co., INC., Respondent, v. MORRIS ROCHMAN, as Trustee under the Will of GEORGE KOCHENBURGER, Deceased, et al., Appellants.— Motion by respondent to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 6, 1961. Cross motion by appellants to extend their time to perfect the appeal granted; time extended to the February Term. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.